UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TADIEM, INC., d/b/a BENSIMON BYRNE,<br><br>          Plaintiff,<br>v.<br><br>CONSTELLATION BRANDS, INC.,<br><br>          Defendant. | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**<br><br>Civil Action No. 19-cv-6215 (CJS) |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Constellation Brands, Inc., by its attorneys, Nixon Peabody LLP, states as follows:  Constellation Brands, Inc. has no parent corporation.  No publicly held corporation owns 10% or more of its stock.

Dated: April 22, 2019
   Rochester, New York

**NIXON PEABODY LLP**

By: /s Richard A. McGuirk
  Richard A. McGuirk
  1300 Clinton Square
  Rochester, New York 14604
  Tel:  (585) 263-1000
  rmcguirk@nixonpeabody.com

  *Attorneys for Constellation Brands, Inc.*