# OLSHAN

1325 AVENUE OF THE AMERICAS • NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: BKATZ@OLSHANLAW.COM
DIRECT DIAL: 212.451.2276

September 6, 2019

**RECEIVED**

SEP -6 2019

MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

VIA FAX (585-613-4085)

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re:   *Tadiem, Inc., d/b/a Bensimon Byrne v. Constellation Brands, Inc.* (19-cv-6215 (CJS) (MWP))

Dear Judge Payson:

This firm is counsel to Plaintiff Tadiem, Inc. but I write on behalf of both parties to this action to request a brief adjournment of the deadline to conduct an initial mediation session, from October 3, 2019 to October 21, 2019. Counsel for the parties have selected Mr. William Bauer to serve as mediator, and he has agreed. Due to the parties' and counsels' prior commitments, and religious holidays, we have been unable to find an available date prior to October 3, 2019 for the initial mediation session. We have, however, agreed on October 21, 2019. Mr. Bauer has confirmed his availability for October 21, 2019 as well.

Richard McGuirk, counsel for the Defendant, has reviewed and approved this letter.

We thank the Court for its attention to this matter.

Respectfully,

/s/ *Brian A. Katz*

Brian A. Katz

cc:

Nixon Peabody LLP
1300 Clinton Square
Rochester, New York 14604
Attn: Richard A. McGuirk
(*via email* – rmcguirk@nixonpeabody.com)

*Request granted.*
*SO ORDERED*
*Marian W Payson*
*USMJ*
*9/6/19*